UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)Criminal No. 04-10299-PBS
v. )
)VIOLATIONS:
1. Luz LUCIANO, )
    a/k/a Chila, )21 U.S.C. $846 - Conspiracy to
2. Daniel AGUILAR, )Possess with Intent to
    a/k/a "Lik" )Distribute Cocaine
3. Roberto SOLORIO, )
4. Ricardo ESTRADA, )21 U.S.C. § 853 - Criminal
5. Andres MARTINEZ, )Forfeiture
    a/k/a Castro Casimiro, )
    a/k/a Joel Zequeira, )
6. Jose ROSALES, )
    a/k/a Tony, )
    a/k/a Tono, )
    a/k/a Joel Agostini, )
7. Valentin MARTINEZ, )
    a/k/a Valentin RIVERA, )
    a/k/a "V", )
    a/k/a Vale, )
8. Kelvin MADERA, )
    a/k/a Manolo LNU, )
    a/k/a Manuel GERMOSEN, )
9. Abdallah HAMDAN, )
10. Ricardo MARTINEZ, )
    a/k/a Chorizo, )
    a/k/a Chori, )
11. Howard GREENBERG, )
12. EDGAR HOFFENS, )
    a/k/a Carlos Colon Rivera,)
    a/k/a Tigueron, )
13. Rogelio GARCIA, )
    a/k/a Lacuilla, )
14. Javier Angel Romero, )
    a/k/a Ramon ACOSTA, )
15. Cristian GERMOSEN, )
16. Juan MARTINEZ, )
    a/k/a Marcelino Cuevas, )
    a/k/a Chon, )
17. Gerardo Vasseur ORTIZ, )
    a/k/a Scarface, )
18. Phillip ASARO, )
19. Silvestre LIZARDI, )

2

```
20. Robert RUSCIO,                    )
21. Giovanni AVILA,                   )
      a/k/a Gio,                      )
      a/k/a the Painter,              )
22. Gilberto ZAYAS,                   )
      a/k/a Tony,                     )
23. Luís DEJESUS,                     )
      a/k/a Edgardo,                  )
24. Benito GRULLON,                   )
      a/k/a "Quico"                   )
```

**Defendants.**

**FIRST SUPERSEDING INDICTMENT**

**COUNT ONE:**    **(21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

```
        1. Luz LUCIANO,
            a/k/a Chila,
        2. Daniel AGUILAR,
            a/k/a "Lik"
        3. Roberto SOLORIO,
        4. Ricardo ESTRADA,
        5. Andres MARTINEZ,
        a/k/a Castro Casimiro,
        a/k/a Joel Zequeira,
          6. Jose ROSALES,
            a/k/a Tony,
            a/k/a Tono,
        a/k/a Joel Agostini,
        7. Valentin MARTINEZ,
        a/k/a Valentin RIVERA,
            a/k/a "V",
```

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.   As a result of committing one or more of the offenses
alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense, including, but not limited to, the following:

(a) $1,150.00 in United States currency, seized from Giovanni Enrique Avila on or about May 1, 2004;

(b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, Massachusetts, on or about May 1, 2004;

(c) a 2000 Freightliner Tractor Classic XL, Vehicle Identification No. 1FUPCSEB9YDB42682, and California License No. UP20575, registered in the name of Ricardo Estrada;

(d) $21,042.00 in U.S. Currency, seized from 29 Hardy Avenue, Newburyport, Massachusetts, on or about May 1, 2004;

(e)  $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)  the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)  $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)  $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)  $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  have been transferred or sold to, or deposited with, a third party;

(c)  have been placed beyond the jurisdiction of the Court;

(d)  have been substantially diminished in value; or

(e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

    (1)   the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

    (2)   the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK          2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |

**City** Lynn                    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
Same Defendant    x          New Defendant
Magistrate Judge Case Number  ~~███████~~
Search Warrant Case Number  04-M-1720-1730
R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name**  LUZ LUCIANO                    Juvenile:    ☐ Yes    X No

**Alias Name**  "Chila"

**Address**  _____

**Birthdate:** _____ **SS #** _____ **Sex:** FEM  **Race:** Hispanic  **Nationalit** Guatemala

**Defense Counsel if known:**  Michael Bourbeau, Esq.    **Address**  77 Central Street, Boston, MA

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  Robert L. Peabody.    **Bar Number if applicable**  551936

**Interpreter:**    X Yes    No    **List language and/or dialect:**  Spanish

**Matter to be SEALED:**    Yes  X  ~~███████~~

    Warrant Requested    ~~X Regular Process~~    In Custody

**Location Status:**

**Arrest Date**  5/01/04

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ————— ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:  Mag. Judge Swartwood    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____ ☐ Misdemeanor ____ X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04    Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-luciano.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                **Related Case Information:**

**County**   Essex             Superseding Ind./ Inf.   X                    Case No.   04-10299 PBS
                               Same Defendant        x           New Defendant
                               Magistrate Judge Case Number
                               Search Warrant Case Number    04-M-1720-1730
                               R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   DANIEL AGUILAR                    Juvenile:        ☐ Yes     X No

**Alias Name**   "LIK"

**Address**

**Birthdate:** _____ **SS #** _____ **Sex:** MALE **Race:** Hispanic        **Nationalit** Mexican

**Defense Counsel if known:**   Benjamin Entine, Esq.      **Address** 77 Franklin Street, Boston, MA

**Bar Number**                                              617-357-0770

## U.S. Attorney Information:

**AUSA**   Robert L. Peabody.                    **Bar Number if applicable**   551930

**Interpreter:**    X Yes      No        List language and/or dialect:     Spanish

**Matter to be SEALED:**      Yes  ▮▮▮▮▮▮▮

     Warrant Requested         ☐ Regular Process            X In Custody

## Location Status:

**Arrest Date**        5/01/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**     Complaint     ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR   _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                         **Related Case Information:**

**County** __Essex__                      Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                          Same Defendant __x__          New Defendant
                                          Magistrate Judge Case Number ~~04-M-1720-GPG~~
                                          Search Warrant Case Number __04-M-1720 to 1730__
                                          R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** __ROBERTO SOLORIO__                    Juvenile:     ☐ Yes     X No

**Alias Name** _____

**Address** _____

**Birthdate:** _____ **SS #** _____ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:** __Syrie Fried, Esq.__          Address __Federal Defender__

**Bar Number** _____          __617-223-8061__

## U.S. Attorney Information:

**AUSA** __Robert L. Peabody.__                    Bar Number if applicable __551936__

**Interpreter:**     X Yes     No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**     Yes ~~■■■~~

       Warrant Requested          ~~■■■■■■■■■■■■■■s~~          In Custody

## Location Status:

Arrest Date     __5/01/04__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ——————————— ☐ Serving Sentence     ☐ Awaiting Trial

X On Pretrial Release:     Ordered by: __Mag. Judge Swartwood__     on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA: _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-solorio.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                      **Related Case Information:**

**County**  Essex                   Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
                                    Same Defendant    x          New Defendant
                                    Magistrate Judge Case Number  ████████
                                    Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO ESTRADA                    Juvenile:        ☐ Yes    X  No

Alias Name

Address

Birthdate:          SS #          Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                              617-367-9334

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes        No          List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  ████████

        Warrant Requested        ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                    Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at ——————————  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**        Complaint        ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II _____        **Investigating Agency** DEA _____

**City** Lynn _____           **Related Case Information:**

**County** Essex _____        Superseding Ind./ Inf. X _____         **Case No.** 04-10299 PBS
                                 Same Defendant _____        **New Defendant** x _____
                                 Magistrate Judge Case Number ██████████████
                                 Search Warrant Case Number 04-M-1720-to-1730
                                 R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** ANDRES MARTINEZ _____          **Juvenile:**    ☐ Yes    X No

**Alias Name** CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

**Address** _____

**Birthdate:** _____  SS # 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  Sex: MALE  Race: Hispanic _____  Nationalit Mexican _____

**Defense Counsel if known:** John Cicilline, Esq. _____     Address 381 Atwells Ave., Providence, RI

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Robert L. Peabody. _____          **Bar Number if applicable** 551936 _____

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes   ████████

          Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

**Arrest Date** 5/1/2004 _____

X Already in Federal Custody as of _____ in Wyatt Detention, Central Falls, RI .

☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    X Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/5/04 _____          Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

♣JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No.  II    Investigating Agency   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X    Case No.   04-10299 PBS
Same Defendant    New Defendant   x
Magistrate Judge Case Number   ▮▮▮▮▮▮▮▮
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES    Juvenile:   ☐ Yes    X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI

Address   88 NEWARK ST. LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race:  Hispanic    Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.    Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody    Bar Number if applicable   551936

**Interpreter:**   X Yes    No    List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes  ▮▮▮▮▮

Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date   5/1/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X☐ Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04    Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Lynn _____

**County**  Essex _____    **Related Case Information:**

Superseding Ind./ Inf.  X _____    Case No.  04-10299 PBS
Same Defendant _____    New Defendant  x _____
Magistrate Judge Case Number  ████████████
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  VALENTIN MARTINEZ _____    Juvenile:    ☐ Yes    X No

Alias Name  VALENTIN RIVERA

Address  108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69 ___ SS # 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  Sex: MALE  Race: Hispanic _____    Nationalit  Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address  23 Central Ave., Lynn, MA

Bar Number _____    _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody. _____    Bar Number if applicable  551936

**Interpreter:**    X Yes    X No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  ████ No

    Warrant Requested    ☐ Regular Process    x In Custody

**Location Status:**

Arrest Date  5/1/04 _____

x  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X☐ Felony ——1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04 _____    Signature of AUSA:  Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ_____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__        **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
                 Same Defendant _____ New Defendant __x__
                 Magistrate Judge Case Number ▪▪▪▪▪▪▪
                 Search Warrant Case Number __04-M-1720 to 1730__
                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __KELVIN MADERA__     Juvenile:    ☐ Yes    X No

Alias Name    __MANOLO LNU__

Address    __65 FREEMAN AVENUE, EVERETT, MA 02149__

Birthdate: __5/22/66__    SS # __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__   Sex: __MALE__   Race: __Hispanic__     Nationalit __Dominican__

**Defense Counsel if known:**    Steven Judge, Esq.     Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__     Bar Number if applicable __551936__

**Interpreter:**    X Yes    No     List language and/or dialect:    __spanish__

**Matter to be SEALED:**    Yes   ▪▪▪▪▪ ~~No~~

        Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   KELVIN MADERA _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

City   Lynn                          **Related Case Information:**

County   Essex                     Superseding Ind./ Inf.   X           Case No.   04-10299 PBS
                                   Same Defendant                    New Defendant  x
                                   Magistrate Judge Case Number      ▓▓▓▓▓▓▓▓
                                   Search Warrant Case Number      04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:        ☐ Yes    X No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76      SS #  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  Sex:  MALE  Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**        Yes ▓▓▓▓▓ No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      5/1/04

X  Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———      ☐ Misdemeanor ———      ☐ X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**  DEA_____

**City**   Lynn_____          **Related Case Information:**

**County**   Essex_____          Superseding Ind./ Inf.   X_____          Case No.   04-10299 PBS_____
                                     Same Defendant _____          New Defendant  x_____
                                     Magistrate Judge Case Number ~~_____~~
                                     Search Warrant Case Number   04-M-1720 to 1730_____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ_____          Juvenile:   ☐ Yes   X No

Alias Name   CHORIZO_____

Address   304 AMERICAN LEGION          REVERE, MA_____

Birthdate:  4/1/74____   SS #  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___ Sex:  MALE___ Race:  Hispanic_____   Nationalit  Mexican_____

**Defense Counsel if known:**_____          Address _____

Bar Number _____          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____          Bar Number if applicable   _____

**Interpreter:**   X Yes   No          List language and/or dialect:   Spanish_____

**Matter to be SEALED:**   Yes ~~No~~

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date   FUGITIVE_____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X☐ Felony — 1 ____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____          Signature of AUSA:  _Robert L. Peabody_ -

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**   DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
                                          Same Defendant _____          New Defendant   x _____
                                          Magistrate Judge Case Number   ████████████████
                                          Search Warrant Case Number   04-M-1720 to 1730
                                          R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   HOWARD GREENBERG _____          Juvenile:          ☐ Yes     X No

Alias Name   HOWIE _____

Address   677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 ___  SS #  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 ___  Sex:  MALE  Race:  white _____          Nationalit  USA _____

**Defense Counsel if known:**   Roger Witkin, Esq. _____          Address  6 Beacon St., Boston, MA _____

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____          Bar Number if applicable   551936 _____

**Interpreter:**     ☐ Yes     X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes   ████████████

          Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date   5/1/04 _____

    Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ————    ☐ Misdemeanor ————    ☐ X Felony——1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____          Signature of AUSA:   *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

<strong>U.S.C. Citations</strong>

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                       **Related Case Information:**

**County** __Essex__                    Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                        Same Defendant _____ New Defendant _x_
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number __04-M-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS  COLON-RIVERA__          Juvenile:     ☐ Yes    X No

Alias Name      __TIGUERON__

Address         __58 CAMPBELL ST , NEW BEDFORD, MA__

Birthdate: __8/27/64__    SS # __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__  Sex: __MALE__  Race: __Hispanic__    Nationality: __CostaRican__

**Defense Counsel if known:**    John E. Wall, Esq.            Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                 Bar Number if applicable    __551936__

**Interpreter:**    X  Yes        No          List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes  ████████

       Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  __Mag. Judge Swartwood__  on

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__          Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS   COLON-RIVERA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II_____    **Investigating Agency** __DEA_____

**City** __Lynn_____    **Related Case Information:**

**County** __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299 PBS__
                               Same Defendant _____    New Defendant __x_____
                               Magistrate Judge Case Number ████████
                               Search Warrant Case Number __04-M-1720 to 1730__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROGELIO GARCIA_____    Juvenile:    ☐ Yes    X No

Alias Name __LACUILLA_____

Address __85 WALNUT AVE., REVERE, MA_____

Birthdate: __7/15/80__    SS # __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__  Sex: __MALE__  Race: __Hispanic__    Nationalit __USA__

**Defense Counsel if known:**    James H. Budreau, Esq.    Address 20 Park Plaza, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody._____    Bar Number if applicable __551936__

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes    ████████

        Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by: __Mag. Judge Swartwood__    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA    _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

Y〇JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II _____              **Investigating Agency**  DEA _____

**City**  Lynn _____                    **Related Case Information:**

**County**  Essex _____          Superseding Ind./ Inf.  X _____      Case No.  04-10299 PBS
                                    Same Defendant _____      New Defendant  x _____
                                    Magistrate Judge Case Number  ████████████
                                    Search Warrant Case Number    04-M-1720-to -1730
                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO _____        Juvenile:     ☐ Yes     X No

Alias Name     RAMON ACOSTA _____

Address      4 SHERMAN STREET, LYNN, MA _____

Birthdate:  3/15/64 ____  SS #  000 00 0172   Sex:  MALE  Race:  Hispanic _____  Nationalit  Dominican _____

**Defense Counsel if known:**     Raymond Buso, Esq. _____      Address  15 Church St., Salem , MA _____

Bar Number     _____                    _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____              Bar Number if applicable   551936 _____

**Interpreter:**     X Yes     No          List language and/or dialect:       Spanish _____

**Matter to be SEALED:**        Yes  ████████

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      5/1/04 _____

X  Already in Federal Custody as of  _____  in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:  _____  on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  X Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04 _____     Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO    AKA RAMON ACOSTA _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**                 Category No.  **II**                 Investigating Agency   **DEA**

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   **X**          Case No.   04-10299 PBS
                                         Same Defendant                    New Defendant **x**
                                         Magistrate Judge Case Number
                                         Search Warrant Case Number     04-M-1720 to 1730
                                         R 20/R 40 from District of

### Defendant Information:

Defendant Name   CRISTIAN GERMOSEN                    Juvenile:        ☐ Yes    X No

Alias Name

Address      27 WARREN ST, NEWBURYPORT, MA

Birthdate: 3/22/78    SS # 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   Sex: MALE   Race: Hispanic        Nationalit  Dominican

**Defense Counsel if known:**     Michael Hickey, Esq.        Address   15 Church St., Salem, MA

Bar Number

### U.S. Attorney Information:

AUSA   Robert L. Peabody,                    Bar Number if applicable     551936

**Interpreter:**    X Yes     No          List language and/or dialect:       Spanish

**Matter to be SEALED:**          Yes ▬▬▬▬

        Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date       5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
   On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**     Complaint      ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:     Robert L. Peabody .

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                     Same Defendant                 New Defendant  x
                                     Magistrate Judge Case Number   ▮▮▮▮▮▮
                                     Search Warrant Case Number   04-M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                      Juvenile:        ☐ Yes    X No

Alias Name    MARCELINO CUEVAS  AKA CHON

Address     22 PARK STREET, LYNN MA

Birthdate:  5/21/68     SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                      Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                      Bar Number if applicable

**Interpreter:**     X Yes     No          List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes   ▮▮▮▮▮▮

          Warrant Requested        ☐ Regular Process          In Custody

**Location Status:**

Arrest Date        FUGITIVE

    Already in Federal Custody as of                      in
☐ Already in State Custody at ─────────── ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                      on

**Charging Document:**        Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty ─────  ☐ Misdemeanor ─────  ☐ X Felony ─ t

                    Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-juan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                 Superseding Ind./ Inf. __X__            Case No. __04-10299 PBS__
                                     Same Defendant _____ New Defendant __x__
                                     Magistrate Judge Case Number ~~04-M-1685-CBS~~
                                     Search Warrant Case Number __04 M-1720 to 1730__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GERARDO VASSEUR ORTIZ__          Juvenile:    ☐ Yes    X No

Alias Name __SCARFACE__

Address _____

Birthdate: __6/23/72__    SS # __000 00__    Sex: __MALE__  Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    Richard M. Welch, Esq.    Address  80 Worcester St., No. Grafton, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                    Bar Number if applicable    __551936__

**Interpreter:**    X Yes    No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**        Yes    X ~~~~~~~~

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:    _Robert L. Peabody_ .

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     GERARDO VASSEUR ORTIZ _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          **Investigating Agency**  DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant                New Defendant  x
                               Magistrate Judge Case Number  ~~————————~~
                               Search Warrant Case Number  04-M-1720-to-1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHILLIP ASARO                      Juvenile:        ☐ Yes     X No

Alias Name

Address        238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73     SS #  000 00 5581   Sex:  MALE  Race:  White          Nationalit  USA

**Defense Counsel if known:**      Kirk Y. Griffin, Esq.        Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                      Bar Number if applicable     551936

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**         Yes  ~~No~~

     Warrant Requested        X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

   Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at ——————————  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ——————  ☐ Misdemeanor ——————  X Felony |——————

### Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II_____            **Investigating Agency**  DEA_____

**City**  Lynn_____                     **Related Case Information:**

**County**  Essex_____            Superseding Ind./ Inf.  X_____            Case No.  04-10299 PBS
                                 Same Defendant            New Defendant
                                 Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                                 Search Warrant Case Number   04- M-1720 to 1730
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI_____            Juvenile:   ☐ Yes   X No

Alias Name   _____

Address   29 HARDY STREET, NEWBURYPORT, MA_____

Birthdate:  12/31/80___  SS #  000 00 3844___  Sex:  MALE___  Race:  Hispanic_____   Nationalit  Mexican_____

**Defense Counsel if known:**   Michael R. Schneider, Esq.   Address  95 Commercial Wf. Boston, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____            Bar Number if applicable   551936_____

**Interpreter:**   X Yes   No            List language and/or dialect:   Spanish_____

**Matter to be SEALED:**   Yes   ~~No~~

        Warrant Requested            X  Regular Process            In Custody

**Location Status:**

Arrest Date   5/1/04_____

    Already in Federal Custody as of   _____ in _____

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on   _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04_____            Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          Investigating Agency __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                              Same Defendant __x__          New Defendant __x__
                              Magistrate Judge Case Number ▓▓▓▓▓▓▓▓▓
                              Search Warrant Case Number __04-M-1720 to 1730__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__          Juvenile:    ☐ Yes    X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__    SS # __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__  Sex: __MALE__  Race: __White__    Nationalit __USA__

**Defense Counsel if known:**          Edward L. Hayden, Esq.          Address 7 Franklin St., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__          Bar Number if applicable    __551936__

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes    X ▓▓▓▓▓

  \ Warrant Requested          X☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

  Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: __Mag. Judge Swartwood__    on _____

**Charging Document:**          Complaint    ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____    X☐ Felony ──┼──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number ████████████
Search Warrant Case Number __04-M-1720 -to- 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GIOVANNI AVILA__     Juvenile:    ☐ Yes    X No

Alias Name __THE PAINTER__

Address __892 WASHINGTON STREET APT., LYNN, MA__

Birthdate: __4/25/62__   SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Costa Rican__

**Defense Counsel if known:** __Michael F. Natola, Esq.__    Address __Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody__     Bar Number if applicable __551936__

**Interpreter:**   X Yes    No     List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes ████ ~~NO~~

    Warrant Requested     X Regular Process     In Custody

**Location Status:**

Arrest Date __5/1/04__

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release: Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANNI AVILA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No.   II_____          Investigating Agency   DEA_____

**City**   Lynn_____                 **Related Case Information:**

**County**   Essex_____             Superseding Ind./ Inf.   X_____          Case No.   04-10299 PBS
                                        Same Defendant                          New Defendant   x
                                        Magistrate Judge Case Number   04-M-1685 CBS
                                        Search Warrant Case Number   04-M-1720   to   1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GILBERTO ZAYAS_____          Juvenile:     ☐ Yes     X No

Alias Name   Tony

Address   39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346

Birthdate:  08/05/73_____   SS #  583415419   Sex:  MALE   Race:  Hispanic_____   Nationalit  Dominican

**Defense Counsel if known:**   Raymond E. Gillespie, Esq.   Address  875 Mass. Ave., Cambridge, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____          Bar Number if applicable   551936

**Interpreter:**   X  Yes          No          List language and/or dialect:   Spanish

**Matter to be SEALED:**          Yes  ▓▓▓▓▓

        Warrant Requested          ☐ Regular Process          x  In Custody

**Location Status:**

Arrest Date          5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ————   ☐ Misdemeanor ————   ☐X Felony ——1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   Robert L. Peabody

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____        **Investigating Agency** DEA _____

**City** Lynn _____        **Related Case Information:**

**County** Essex _____     Superseding Ind./ Inf.   X _____       Case No.   04-10299 PBS
                              Same Defendant                New Defendant  x
                              Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                              Search Warrant Case Number   04-M-1720 to 1730
                              R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name    LUIS DEJESUS _____        Juvenile:    ☐ Yes   X No

Alias Name        Edgardo _____

Address           107 MARIANNA STREET, APT. #1, LYNN, MA _____

Birthdate: 11/01/66 ____ SS # 583312821 ____ Sex: MALE Race: Hispanic ____ Nationalit Dominican

**Defense Counsel if known:**    John W. Laymon, Esq. ____       Address 40 Court St., Boston, MA

Bar Number    _____                                          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____                Bar Number if applicable   551936

**Interpreter:**   X Yes    No          List language and/or dialect:       Spanish _____

**Matter to be SEALED:**       Yes  ~~X   No~~

      Warrant Requested       ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date        5/1/04 _____

X Already in Federal Custody as of   _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____   ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____   on   _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty     ☐ Misdemeanor        ☐X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____     Signature of AUSA:   _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS DEJESUS, aka Edgardo _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Y JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II          Investigating Agency  DEA

**City**   Lynn                    **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                           Same Defendant                     New Defendant  x
                           Magistrate Judge Case Number    04- M ▒▒▒▒▒▒▒
                           Search Warrant Case Number     04- M 1720 to 1730
                           R 20/R 40 from District of

**Defendant Information:**

Defendant Name   BENITO GRULLON                    Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate:          SS #            Sex:  MALE  Race:  Hispanic          Nationalit  Dominican

**Defense Counsel if known:**     Ron Ian Segal, Esq..          Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**     X  Yes       No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   ▒▒▒▒▒

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date         5/1/04

X  Already in Federal Custody as of                    in
☐  Already in State Custody at                 ☐ Serving Sentence       ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:                    on

**Charging Document:**     Complaint       ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X Felony  —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02