## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                          NO. 04-10299-PBS

LUZ LUCIANO
DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
ANDRES MARTINEZ
JOSE ROSALES
VALENTIN MARTINEZ
KELVIN MADERA
ABDALLAH HAMDAN
RICARDO MARTINEZ
HOWARD GREENBERG
EDGAR HOFFENS
ROGELIO GARCIA
JAVIER ANGEL ROMERO
CHRISTIAN GERMOSEN
JUAN MARTINEZ
GERARDO VASSEUR ORTIZ
PHILLIP ASARO
SILVESTRE LIZARDI
ROBERT RUSCIO
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON

        Defendants,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **November 1, 2004, 10:00 A.M.** |

_____
Type of Proceeding:

                **ARRAIGNMENT**

_____

```
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE
```

October 12, 2004                        /s/ Lisa B. Roland
Date                                    Lisa B. Roland,
                                        Deputy Clerk
                                        (508) 929-9905


cc: All counsel