UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.No.  04-10299-PBS |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| LUZ LUCIANO, | ) |
| Defendant. | ) |
| _____ | ) |

**ASSENTED TO MOTION TO CONTINUE OR RE-SET**

COMES NOW DEFENDANT LUZ LUCIANO, by and through her attorney of record, and **assented to** by the Government, hereby respectfully moves this Honorable Court for an Order continuing or resetting the arraignment on the superceding indictment.  Counsel currently has a first degree murder trial scheduled to begin November 1, 2004 in Brockton Superior Court.

Date: October 14, 2004          Respectfully submitted,

*Michael C. Bourbeau*

MICHAEL C. BOURBEAU, BBO # 545908
77 Central Street, 2d Floor
Boston, MA 02109
(617) 350-6565

Attorney for Defendant
LUZ LUCIANO