

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

March 30, 2005

| | |
|---|---|
| Elliot M. Weinstein<br>228 Lewis Wharf<br>Boston, MA 02110 | Stephen D. Judge<br>23 Central Avenue, #605<br>Lynn, MA 01901 |
| Ronald Ian Segal<br>23 Central Avenue, Ste 605<br>Lynn, MA 01901 | Melvin Norris<br>260 Boston Post Road, Ste. 9<br>Wayland, MA 01778 |
| Syrie D. Fried<br>Federal Defender's Office<br>408 Atlantic Avenue<br>Third Floor<br>Boston, MA 02210 | Raymond Buso<br>15 Church Street<br>Salem, MA 01970 |
| Michael Hickey<br>15 Church Street<br>Salem, MA 01970 | Michael R. Schneider<br>95 Commercial Wharf<br>Boston, MA 02110 |

Re:   *United States v. Maria Escobar et al,* 04-10299-PBS

Dear Counsel:

For those of you who were not present at the Status Conference on March 23, 2005 in Worchester before Judge Swartwood, please be advised that a superseding indictment was returned in this case on March 23, 2005.  A copy of the Second Superseding Indictment is enclosed. The names of the newly identified defendants have been redacted. Judge Swartwood scheduled an arraignment on the Second Superseding Indictment for Thursday, April 21, 2005 at 3:00 p.m. in Boston.

Page 2

    If you need anything else, please do not hesitate to call.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                                  /s/ Neil J. Gallagher, Jr.
                                  Neil J. Gallagher, Jr.
                                  Assistant United States Attorney
                                  (617) 748-3397

Encl.