JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                            4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**                   **Category No.**  II               **Investigating Agency**   DEA

**City**   Lynn                                **Related Case Information:**

**County**   Essex                        Superseding Ind./ Inf.    X                 Case No.   04-10299 PBS
                                                     Same Defendant      x               New Defendant
                                                     Magistrate Judge Case Number     M 04-1732- CBS
                                                     Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO MANUEL ESTRADA                 Juvenile:        ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic         Nationalit  Mexican

**Defense Counsel if known:**     Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                                               617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                    Bar Number if applicable

**Interpreter:**      X  Yes      No         List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes   X    No

        Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                                 Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at                    ☐ Serving Sentence          ☐  Awaiting Trial
☐  On Pretrial Release:   Ordered by:                          on

**Charging Document:**        Complaint        ☐  Information        X  Indictment

**Total # of Counts:**     ☐ Petty            ☐ Misdemeanor            X  Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**                    Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__                        **Related Case Information:**

**County** __Essex__                     Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number __04-M-1685 CBS__
                                         Search Warrant Case Number __04-M-1720-to-1730__
                                         R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:    ☐ Yes    X No

Alias Name  __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address  _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    __John Cicilline, Esq.__          Address __381 Atwells Ave., Providence, RI__

Bar Number  _____

### U.S. Attorney Information:

AUSA  __Neil Gallagher__          Bar Number if applicable  _____

**Interpreter:**    X Yes    No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**    Yes  X  No

    Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date    __5/1/2004__

X  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__  .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  ~~10/5/04~~  3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No.  II    **Investigating Agency**  DEA

**City**  Lynn    **Related Case Information:**

**County**  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299 PBS
Same Defendant    x    New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES    Juvenile:    ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST. LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race:  Hispanic    Nationalit  Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Bar Number if applicable

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of    in    Wyatt Detention, Central Falls, RI
☐  Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by:    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05    Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** **Category No.** II _____ **Investigating Agency** DEA _____

**City** Lynn _____ **Related Case Information:**

**County** Essex _____
Superseding Ind./ Inf.  X _____  Case No. 04-10299 PBS
Same Defendant  x _____  New Defendant _____
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  VALENTIN MARTINEZ _____  Juvenile:  ☐ Yes  X No

Alias Name  VALENTIN RIVERA AKA V AKA VALE _____

Address  108 JOHNSON STREET, LYNN, MA _____

Birthdate: 12/20/69  SS # 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  Sex: MALE  Race: Hispanic _____  Nationalit Mexican

**Defense Counsel if known:**  Ronald Ian Segal, Esq.  Address 23 Central Ave., Lynn, MA

Bar Number _____

### U.S. Attorney Information:

AUSA  Neil Gallagher _____  Bar Number if applicable _____

**Interpreter:**  X Yes  X No  List language and/or dialect:  Spanish _____

**Matter to be SEALED:**  Yes  X No

Warrant Requested  ☐ Regular Process  x In Custody

### Location Status:

Arrest Date  5/1/04 _____

x  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty ———  ☐ Misdemeanor ———  X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05 _____  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                                   Same Defendant    x              New Defendant
                                   Magistrate Judge Case Number      04-m-1685-CBS
                                   Search Warrant Case Number      04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN                    Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo

Address

Birth date (Year only): _____    SSN (last 4 #): _____    Sex  M  Race:   Hispanic        Nationality:  Dom Rep

**Defense Counsel if known:**    Steven Judge              **Address:**  23 Central Ave., #605
                                                           Lynn, MA 01902
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No              List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

     ☐ Warrant Requested              ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as   May 1, 2005              in   Plymouth County                    .
☐ Already in State Custody                    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by              on

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 3/23/05        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN    _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**       **Category No.** _II_       **Investigating Agency** _DEA_

**City** _Lynn_       **Related Case Information:**

**County** _Essex_

Superseding Ind./ Inf. _X_       Case No. _04-10299 PBS_
Same Defendant _X_       New Defendant
Magistrate Judge Case Number _04-M-1685 CBS_
Search Warrant Case Number _04-M-1720 to 1730_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name _ABDALLAH HAMDAN_     Juvenile:    ☐ Yes    X No

Alias Name

Address _10 ROOSEVELT ST METHUEN MA_

Birthdate: _1/17/76_    SS # _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_ Sex: _MALE_ Race: _Arabic_    Nationalit _Palestinian_

**Defense Counsel if known:**    Melvin Norris, Esq.     Address _260 Boston Post Rd., Wayland, MA_

Bar Number

**U.S. Attorney Information:**

AUSA _Neil Gallagher_       Bar Number if applicable

**Interpreter:**    ☐ Yes    X No     List language and/or dialect:

**Matter to be SEALED:**     Yes   X    No

     Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     _5/1/04_

X Already in Federal Custody as of     in   _Wyatt Detention, Central Falls, RI_ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**     Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☐ X Felony —_4_—

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _3/23/05_     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____    Category No. _____    **Investigating Agency**  __DEA/MSP_____

City  __Lynn/Peabody_____    **Related Case Information:**

County   __Essex_____    Superseding Ind./ Inf.   __X_____    Case No.   __04-10299-PBS__
                              Same Defendant   __x_____    New Defendant _____
                              Magistrate Judge Case Number   __04-m-1685-CBS_____
                              Search Warrant Case Number   __04-m-1720 to 1730_____
                              R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  __Chorizo, Chon_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race:  __Hispanic__    Nationality: __Dom Rep__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____ on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     RICARDO MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                **Related Case Information:**

County __Essex__                Superseding Ind./ Inf. __X__            Case No. __04-10299-PBS__
                                Same Defendant __x__            New Defendant _____
                                Magistrate Judge Case Number __04-m-1685-CBS__
                                Search Warrant Case Number __04-m-1720 to 1730__
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG__            Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __Roger Witkin__        Address: __6 Beacon Street, Ste 1010__
                                        __Boston, MA 02108__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                Bar Number if applicable _____

Interpreter:    ☐ Yes ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__    on    __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: _3/23/c5_            Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    HOWARD GREENBERG** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA_____   Category No. _____   Investigating Agency  DEA/MSP_____

City  Lynn/Peabody_____   **Related Case Information:**

County   Essex_____

Superseding Ind./ Inf.   X_____   Case No.   04-10299-PBS

Same Defendant   x_____   New Defendant _____

Magistrate Judge Case Number   04-m-1685-CBS_____

Search Warrant Case Number   04-m-1720 to 1730_____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____   Juvenile   ☐ Yes   ☒ No

Alias Name   Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race:   Caucasian___   Nationality:  US_____

**Defense Counsel if known:**   John Wall_____   **Address:**  1 Commercial Wharf West

Boston, MA 02110_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____   Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No   List language and/or dialect:   Spanish_____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>EDGAR HOFFENS</u>

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No.  II____    **Investigating Agency**  DEA_____

**City**    Lynn_____      **Related Case Information:**

**County**    Essex_____

Superseding Ind./ Inf.  X_____    Case No.  04-10299 PBS
Same Defendant  X_____    New Defendant _____
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA_____    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80____   SS # 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    Sex: MALE   Race: Hispanic_____   Nationalit USA____

**Defense Counsel if known:**    James H. Budreau, Esq._____    Address 20 Park Plaza, Boston, MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher_____    Bar Number if applicable    _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect:

**Matter to be SEALED:**    Yes  X    No

Warrant Requested    X☐  Regular Process    In Custody

**Location Status:**

Arrest Date    _____

☐ Already in Federal Custody as of _____ in _____ .

X ☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood____  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    ☐ X Felony —— 2 ——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05_____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    Related Case Information:

County  Essex                    Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                    Same Defendant      x              New Defendant
                    Magistrate Judge Case Number      04-m-1685-CBS
                    Search Warrant Case Number      04-m-1720 to 1730
                    R 20/R 40 from District of

### Defendant Information:

Defendant Name  JAVIER ANGEL ROMERO                    Juvenile    ☐ Yes    ☒ No

Alias Name  Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality: _____

Defense Counsel if known:    Ray Buso                    Address:  15 Church Street
                                                                      Salem, MA 01970
Bar Number:

### U.S. Attorney Information:

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:        Spanish

Matter to be SEALED:    ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date:

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

### Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05                    Signature of AUSA: