JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
Same Defendant        x          New Defendant
Magistrate Judge Case Number      M 04-1732- CBS
Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO MANUEL ESTRADA          Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number          617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of          Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at          ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                              **Related Case Information:**

**County** __Essex__                     Superseding Ind./ Inf. __X__               Case No. __04-10299 PBS__
                                         Same Defendant _____ New Defendant _____
                                         Magistrate Judge Case Number __04-M-1685 CBS__
                                         Search Warrant Case Number __04-M-1720-to-1730__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:   ☐ Yes   X No

Alias Name   __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     __John Cicilline, Esq.__     Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                              Bar Number if applicable _____

**Interpreter:**   X Yes    No          List language and/or dialect:        __Spanish__

**Matter to be SEALED:**     Yes   X   No

       Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: ~~10/5/04~~ 3/23/05    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**      **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE ROSALES__    Juvenile: ☐ Yes   X No

Alias Name __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address __1 Exchange Place., Worcester, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA _____ Bar Number if applicable _____

**Interpreter:**   X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes   X   No

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony —— 4 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

7

◈JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                  Same Defendant   x          New Defendant
                                  Magistrate Judge Case Number      04-M-1685 CBS
                                  Search Warrant Case Number     04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ                    Juvenile:        ☐ Yes    X No

Alias Name        VALENTIN RIVERA AKA V AKA VALE

Address           108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69   SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**        Ronald Ian Segal, Esq.        Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**     X Yes    X No        List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes   X   No

        Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date        5/1/04

x  Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI        .
☐  Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty ——————    ☐ Misdemeanor ——————    X☐ Felony —— 3 ———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05                    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__     **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__     **Related Case Information:**

**County**   __Essex__      Superseding Ind./ Inf. __X__      Case No.    __04-10299-PBS__
                            Same Defendant    __x__        New Defendant _____
                            Magistrate Judge Case Number   __04-m-1685-CBS__
                            Search Warrant Case Number   __04-m-1720 to 1730__
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__       Juvenile    ☐ Yes    ☒ No

Alias Name    __Kelvin Madera, Manolo__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__   Nationality: __Dom Rep__

**Defense Counsel if known:**    __Steven Judge__      **Address:** **23 Central Ave., #605**
                                                        **Lynn, MA 01902**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __Neil Gallagher__       **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No     **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes ☒ No

      ☐ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** __May 1, 2005__    **in**   __Plymouth County__     .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**   __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** ⌐3/23/05       **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II                  **Investigating Agency**   DEA

**City**    Lynn                                    **Related Case Information:**

**County**    Essex                         Superseding Ind./ Inf.    X                  Case No.   04-10299 PBS
                                            Same Defendant      X                  New Defendant
                                            Magistrate Judge Case Number       04-M-1685 CBS
                                            Search Warrant Case Number     04-M-1720 to 1730
                                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ABDALLAH HAMDAN                              Juvenile:          ☐  Yes      X  No

Alias Name

Address           10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76      SS #  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   Sex:  MALE   Race:  Arabic             Nationalit   Palestinian

**Defense Counsel if known:**       Melvin Norris, Esq.            Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Neil Gallagher                              Bar Number if applicable

**Interpreter:**      ☐  Yes     X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes   X      No

           Warrant Requested        ☐  Regular Process         X  In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                      in     Wyatt Detention, Central Falls, RI        .
☐  Already in State Custody at                 ☐  Serving Sentence        ☐  Awaiting Trial
☐  On Pretrial Release:    Ordered by:                       on

**Charging Document:**        Complaint        ☐  Information          X  Indictment

**Total # of Counts:**        ☐  Petty            ☐  Misdemeanor          ☐ X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05                     Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____
_____
_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          **Related Case Information:**

County ___Essex___          Superseding Ind./ Inf. __X__          Case No. ___04-10299-PBS___
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS___
Search Warrant Case Number ___04-m-1720 to 1730___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ__          Juvenile ☐ Yes ☒ No

Alias Name __Chorizo, Chon__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality: __Dom Rep__

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No          List language and/or dialect: __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on

**Charging Document:** ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____     **Investigating Agency** _DEA/MSP_

**City** _Lynn/Peabody_                    **Related Case Information:**

**County** ___Essex___                 Superseding Ind./ Inf. __X__         Case No.  _04-10299-PBS_
                                       Same Defendant  __x__           New Defendant  _____
                                       Magistrate Judge Case Number    _04-m-1685-CBS_
                                       Search Warrant Case Number   _04-m-1720 to 1730_
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _HOWARD GREENBERG_____        Juvenile      ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race:  _Caucasian_  Nationality: _US_

**Defense Counsel if known:**   _Roger Witkin_____      **Address:** **6 Beacon Street, Ste 1010**
                                                                     **Boston, MA 02108**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____         **Bar Number if applicable** _____

**Interpreter:**      ☐ Yes ☐ No        **List language and/or dialect:**     **Spanish**_____

**Matter to be SEALED:**      ☐ Yes   ☒ No

      ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by _MJ Swartwood_     **on**  _May 2004_

**Charging Document:**      ☐ **Complaint**        ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony**  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      HOWARD GREENBERG** _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2   _____ | _____ | _____ |
| Set 3   _____ | _____ | _____ |
| Set 4   _____ | _____ | _____ |
| Set 5   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____     Category No. _____     Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____          **Related Case Information:**

County   __Essex__          Superseding Ind./ Inf.   __X_____          Case No.   __04-10299-PBS__
                          Same Defendant   __x_____          New Defendant _____
                          Magistrate Judge Case Number   __04-m-1685-CBS__
                          Search Warrant Case Number   __04-m-1720 to 1730__
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __EDGAR HOFFENS_____          Juvenile     ☐ Yes     ☒ No

Alias Name   __Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:**   __John Wall_____          **Address: 1 Commercial Wharf West**
                                                    **Boston, MA 02110**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____          Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No          List language and/or dialect:   __Spanish_____

Matter to be SEALED:     ☐ Yes   ☒ No

     ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on ____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ӡ/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

/ 3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**                 **Category No.**  II                    **Investigating Agency**   DEA

**City**    Lynn                                    **Related Case Information:**

**County**    Essex                         Superseding Ind./ Inf.    X                    Case No.   04-10299 PBS
                                            Same Defendant     X                 New Defendant
                                            Magistrate Judge Case Number       04-M-1685 CBS
                                            Search Warrant Case Number       04-M-1720 to 1730
                                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROGELIO GARCIA                         Juvenile:      ☐ Yes      X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex: MALE  Race: Hispanic             Nationalit USA

**Defense Counsel if known:**       James H. Budreau, Esq.        Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

**Interpreter:**      ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**          Yes   X     No

      Warrant Requested          X☐   Regular Process          In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                      in

☐ Already in State Custody at ──────────── ☐ Serving Sentence      ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**       Complaint        ☐ Information        X Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor            ☐ X Felony ──2──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:    3/23/05                Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**   <u>MA</u>     **Category No.** _____    **Investigating Agency** <u>DEA/MSP</u>

**City**   <u>Lynn/Peabody</u>      **Related Case Information:**

**County**   <u>Essex</u>

Superseding Ind./ Inf.   <u>X</u>      Case No.   <u>04-10299-PBS</u>
Same Defendant   <u>x</u>      New Defendant _____
Magistrate Judge Case Number   <u>04-m-1685-CBS</u>
Search Warrant Case Number   <u>04-m-1720 to 1730</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   <u>JAVIER ANGEL ROMERO</u>      Juvenile   ☐ Yes   ☒ No

Alias Name   <u>Ramon Acosta, the Singer</u>

Address _____

Birth date (Year only): \_\_\_\_ SSN (last 4 #): \_\_\_\_ Sex <u>M</u> Race: <u>Hispanic</u> Nationality: _____

**Defense Counsel if known:**   **Ray Buso**      **Address:** <u>**15 Church Street**</u>
     <u>**Salem, MA 01970**</u>
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   <u>Neil Gallagher</u>      **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No      **List language and/or dialect:**   <u>Spanish</u>

**Matter to be SEALED:**   ☐ Yes ☒ No

☐ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty \_\_\_\_\_ ☐ Misdemeanor \_\_\_\_\_ ☒ Felony   <u>1 count</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   3/23/05      **Signature of AUSA:** _____