JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   **GILBERTO ZAYAS** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

℁JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                    **Related Case Information:**

County  Essex                    Superseding Ind./ Inf.   X                    Case No.   04-10299-PBS
                                 Same Defendant      x                       New Defendant _____
                                 Magistrate Judge Case Number      04-m-1685-CBS
                                 Search Warrant Case Number      04-m-1720 to 1730
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   LUIS E. DEJESUS                    Juvenile   ☐ Yes   ☒ No

Alias Name   Edgardo

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality: _____

**Defense Counsel if known:**   John W. Laymon          **Address:**  77 Franklin Street, # 3
                                                                   Boston, MA 02110

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:      Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   May 2004          in   Wyatt
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS E. DEJESUS _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y℠JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**                    Category No.  II                    **Investigating Agency**   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X                   Case No.   04-10299 PBS
                                         Same Defendant   X            New Defendant _____
                                         Magistrate Judge Case Number   04-M-  1731CBS
                                         Search Warrant Case Number   04- M 1720 to 1730
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   BENITO GRULLON                    Juvenile:      ☐ Yes      X No

Alias Name   QUICO

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic         Nationalit  Dominican

**Defense Counsel if known:**    Ron Ian Segal, Esq..        Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                     Bar Number if applicable   _____

**Interpreter:**      X  Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes   X   No

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of _____ in _____ .
☐  Already in State Custody at ———————————— ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by: _____ on _____

| **Charging Document:** | Complaint | ☐ Information | X Indictment |

| **Total # of Counts:** | ☐ Petty ——— | ☐ Misdemeanor ——— | X Felony   2 |

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05            Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02

25

℠JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA, CA__      **Category No.** _____   **Investigating Agency** __DEA/MSP__

**City** __Lynn__                      **Related Case Information:**

**County** __Essex__             Superseding Ind./ Inf. __x_____   Case No. __04-10299-PBS__
                                 Same Defendant _____   New Defendant __X__
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARTIN CERNA GARCIA__          Juvenile   ☐ Yes   ☒ No

Alias Name __"Willy"; "Nephew"__

Address __11027 Meyers Dr., Cucamnga, CA 91730__

Birth date (Year only): __1963__  SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__  Nationality: __Mexican__

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:** __Spanish__

**Matter to be SEALED:**   ☒ Yes   ☐ No

   ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_                    **Category No.** _____        **Investigating Agency** _DEA/MSP_

**City** _Lynn, MA_                       **Related Case Information:**

**County** _Essex_                 Superseding Ind./ Inf.   _x_                Case No.   _04-10299-PBS_
                                                   Same Defendant _____   New Defendant  _X_
                                                   Magistrate Judge Case Number   _____
                                                   Search Warrant Case Number   _____
                                                   R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _ROBINSON RUIZ_                       Juvenile  ☐ Yes   ☒ No

Alias Name   _"Metresa"_

Address   _6 Houston Street, Lynn, MA 01905_

Birth date (Year only):  _1964_  SSN (last 4 #):  _6369_ Sex _M_ Race:   _Hispanic_   Nationality: _Dom. Republic_

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_                       **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No        **List language and/or dialect:**   _Spanish_

**Matter to be SEALED:** ☒ Yes   ☐ No

☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      ROBINSON RUIZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA           **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   x          Case No.   04-10299-PBS
Same Defendant            New Defendant  X
Magistrate Judge Case Number            _____
Search Warrant Case Number           _____
R 20/R 40 from District of          _____

**Defendant Information:**

**Defendant Name**  CARLOS RAFAEL ROJAS        Juvenile    ☐ Yes    ☒ No

**Alias Name**   "Chelo"; "Ramon"

**Address**

**Birth date (Year only):** _____ **SSN (last 4 #):** _____ **Sex** M **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No    **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes    ☐ No

    ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:**  3/23/05      **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** __MA_____   **Category No.** _____   **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____   **Related Case Information:**

**County** ___Essex_____

Superseding Ind./ Inf. __X_____   Case No. ___04-10299-PBS_____
Same Defendant _____   New Defendant __X_____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO___   Juvenile ☐ Yes   ☒ No

Alias Name __"Chaparro"_____

Address __15 Washington Place, Peabody, MA 01960_____

Birth date (Year only): __1967__ SSN (last 4 #): __0292__ Sex __M__ Race: __Hispanic____ Nationality: __Mexican_____

**Defense Counsel if known:** _____   **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____   **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No   **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _3/23/05_   **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__            **Category No.** _____   **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__              **Related Case Information:**

**County**    __Essex__                  Superseding Ind./ Inf. __x__          Case No. __04-10299-PBS__
                                         Same Defendant _____  New Defendant __X__
                                         Magistrate Judge Case Number  _____
                                         Search Warrant Case Number  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __WILLIAM R. HOLMES__                 Juvenile   ☐ Yes   ☒ No

Alias Name    __"Billy"__

Address    __43 Reservoir Drive, Danvers, MA__

Birth date (Year only):  __1961__  SSN (last 4 #):  __7332__  Sex __M__ Race:  _____  Nationality: _____

**Defense Counsel if known:** _____       **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:**     ☐ Yes ☐ No        **List language and/or dialect:** _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

       ☒ **Warrant Requested**         ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** __3/23/05__             **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** _____ WILLIAM R. HOLMES, a/k/a "Billy" _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

3b

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     Category No. _____    Investigating Agency DEA/MSP

**City** Lynn, MA     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   x      Case No. 04-10299-PBS
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name GENE A. ANDERSON     Juvenile ☐ Yes ☒ No

Alias Name _____

Address 87 Broad Street #1, Lynn, MA

Birth date (Year only): 1970 SSN (last 4 #): 0733 Sex M Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

   ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      GENE A. ANDERSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: