UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

MARIA ESCOBAR

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                    May 11, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **May 25, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

By the Court,

\_/s/ Robert C. Alba\_\_
Deputy Clerk

Copies to:  All Counsel