UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

MARIA ESCOBAR, ET AL

### NOTICE OF RESCHEDULED HEARING

SARIS, U.S.D.J.                                                                                              July 5, 2005

      The Motion Hearing previously scheduled for July 6, 2005, has been **rescheduled** to a Status Hearing on **July 28, 2005, at 2:30 p.m.**

**NOTE:**    All Motions to Suppress or Dismiss are to be filed by **August 12, 2005.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

resched.ntc