UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   04-10299-PBS |
| | ) |
| v. | ) |
| | ) |
| **CARLOS ARGUETTA et al.** | ) |

GOVERNMENT'S MOTION TO
UNSEAL SECOND SUPERSEDING INDICTMENT

The United States respectfully moves the Court to unseal the Second Superseding Indictment in this case. In March 2005, the court had granted the government's motion to partially seal the Second Superseding Indictment in this matter pending the arrest of newly indicted defendants. One of the last remaining defendants, Carlos Arguetta, was arrested in California on September 12, 2005. Therefore, the indictment should now be completely unsealed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Neil Gallagher
Neil J. Gallagher
Assistant U.S. Attorney

Dated: September 12, 2005