```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 04-10299-PBS
                            )
LUZ LUCIANO, et al.         )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

                    By:   */s/ Sandra S. Bower*
                         SANDRA S. BOWER
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3184

Dated: January 17, 2006

CERTIFICATE OF SERVICE

    I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                          /s/: *Sandra S. Bower*
                                          SANDRA S. BOWER
                                          Assistant U.S. Attorney

Dated: January 17, 2006