```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )   CRIMINAL ACTION
    v.                       )
                             )   NO. 04-10299-PBS
2. DANIEL AGUILAR            )
    a.k.a. "Lik"             )
3. ROBERTO SOLORIO,          )
4. RICARDO MANUEL ESTRADA    )
                             )
```

MOTION TO UNSEAL PLEA AGREEMENT FOR LIMITED PURPOSE

The United States respectfully moves this Court to unseal the plea agreement for Maria Escobar for the limited purpose of disclosing the plea agreement to defense counsel and for a trial exhibit. As grounds, the government submits that defendant Maria Escobar will be a witness at trial which begins on February 27, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ *Neil J. Gallagher, Jr.*
        Neil J. Gallagher, Jr.
        Sandra Bower
        Assistant U.S. Attorneys
        One Courthouse Way
        Boston, MA

Date: February 24, 2006

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                          <u>/s/ Neil J. Gallagher, Jr.</u>
                                          Neil J. Gallagher, Jr.